IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    PLAINTIFF,

    v.    CIVIL ACTION NO. 1:06cv937-MEF

ONE 2003 CHEVROLET C-1500
PICKUP TRUCK,
VIN: 1GCEC14T03Z113843, WITH
ALL APPURTENANCES AND
ATTACHMENTS THEREON;

ONE 2005 BUSH HOG, MODEL
M2355A, ZERO TURN LAWN MOWER,
VIN: 12-20041, WITH 2005
HAULMARK TRAILER, WITH ALL
APPURTENANCES AND
ATTACHMENTS THEREON,

    DEFENDANTS.

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

The United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, in a civil cause of forfeiture *in rem* respectfully alleges as follows:

### NATURE OF THE ACTION

1.  This is an action to forfeit and condemn to the use and benefit of the United States of America the following property:

>   ONE 2003 CHEVROLET C-1500 PICKUP TRUCK, VIN: 1GCEC14T03Z113843, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON;
>
>   ONE 2005 BUSH HOG, MODEL M2355A, ZERO TURN LAWN MOWER, VIN: 12-20041, WITH 2005 HAULMARK TRAILER, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON.

The Defendant property was seized for violation of Title II of the Controlled Substances Act, Title 21, United States Code, Sections 801 et seq.

## JURISDICTION AND VENUE

2. The United States brings this action in rem in its own rights to forfeit and condemn the Defendant property under Title 21, United States Code, Section 881(a)(6). This Court has jurisdiction over this matter by virtue of Title 28, United States Code, Section 1345 and Section 1355.

3. Venue is proper in this district pursuant to Title 28, United States Code, Section 1355 and Title 21, United States Code, Section 881(j), because the acts and omissions giving rise to the forfeiture occurred in this district and the property is located within the Middle District of Alabama.

## FACTS

4. The facts and circumstances supporting forfeiture are as follows:

   a. On August 14, 2005, a traffic stop was conducted on Keisha MASSEY's vehicle after it left 775 Watson Bridge Road in Kinsey, Alabama. Agents were conducting surveillance on that location after receiving information that Steven PARKER (the resident at that address) was involved in drug distribution. During the traffic stop, agents located a pipe used for smoking methamphetamine on the person of Keisha MASSEY. MASSEY stated that

she had just departed 755 Watson Bridge Road in Kinsey, Alabama, that she has known PARKER for approximately three years and has always known PARKER to possess drugs. MASSEY also stated that she had smoked methamphetamine with PARKER at the 775 Watson Bridge Road residence. Jason HARRISON was in the vehicle with MASSEY during the traffic stop. HARRISON stated that he has smoked marijuana with PARKER in the past.

    b. Steve PARKER is listed as residing at 775 Watson Bridge Road in Kinsey, Alabama by the local E-911 System. Steven PARKER has been arrested and convicted on felony possession of marijuana charges four times.

    c. On August 14, 2005, the Houston County, Alabama Sheriff's Department obtained a State of Alabama search warrant for 775 Watson Bridge Road in Kinsey, Alabama. On August 14, 2005, agents executed this search warrant and seized approximately 320 grams of methamphetamine, smaller amounts of marijuana, approximately seven Methylenedioxymethamphetamine (MDMA) tablets, digital scales and other drug paraphernalia. The defendant property was in or on the residence at 775 Watson Bridge Road.

    d. Steven PARKER was advised of his rights and questioned. During the interview, PARKER identified his source of supply for methamphetamine and stated that he has purchased one pound of methamphetamine from his source every two to three weeks for approximately on year. PARKER stated that he last obtained

approximately eleven ounces of methamphetamine from his source on August 14, 2005. PARKER stated that he pays his source $1,500.00 per ounce and distributes the methamphetamine for $2,200.00 per ounce, a profit of approximately $700.00 per ounce. PARKER also stated that he has used the proceeds from his distribution of methamphetamine to purchase and maintain the defendant property.

## CLAIM FOR RELIEF

5. The United States repeats and realleges each and every allegation set forth in Paragraphs 1 through 4 d. above.

6. The Defendant property constitutes things of value, which were furnished or intended to be furnished in exchange for controlled substances or the Defendant property represents proceeds of trafficking in controlled substances, or the Defendant property was used or was intended to be used to facilitate a violation of Title II of the Controlled Substances Act, Title 21, United States Code, Sections 801 et seq.

7. As a result of the foregoing, the Defendant property is liable to condemnation and to forfeiture to the United States of America for its use, in accordance with Title 21, United States Code, Section 881(a)(6).

WHEREFORE, the United States of America requests that the Court issue a Warrant and Summons for the arrest and seizure of the Defendant property; that notice of this action be given to all persons known or thought to have an interest in or right against

the property; that the Defendant property be forfeited and condemned to the United States of America; that the United States of America be awarded its costs and disbursements in this action; and, for such other and further relief as this Court deems proper and just.

Respectfully submitted this 12th day of October, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

_____
John T. Harmon [HAR108]
Assistant United States Attorney

Address of Counsel:

Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334) 223-7280
Facsimile: (334) 223-7560
E-mail: John.Harmon@usdoj.gov

```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

STATE OF ALABAMA        )
COUNTY OF MONTGOMERY    )

                    VERIFICATION

I, Agent Devin Whittle, hereby verify and declare under penalty of perjury that I am a Task Force Agent with the United States Department of Justice, Drug Enforcement Administration (DEA), that I have read the foregoing Verified Complaint In Rem and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct on this 12th day of October, 2006.

                    _____
                    DEVIN WHITTLE
                    Task Force Agent
                    Drug Enforcement Administration

Sworn to and subscribed before me this the 12th day of October, 2006.

                    _____
                    Notary Public
                    Commission Expires: 9.23.09

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, :<br>:<br>PLAINTIFF, :<br>:<br>v. :<br>:<br>ONE 2003 CHEVROLET C-1500 :<br>PICKUP TRUCK, :<br>VIN: 1GCEC14T03Z113843, WITH :<br>ALL APPURTENANCES AND :<br>ATTACHMENTS THEREON; :<br>:<br>ONE 2005 BUSH HOG, MODEL :<br>M2355A, ZERO TURN LAWN MOWER, :<br>VIN: 12-20041, WITH 2005 :<br>HAULMARK TRAILER, WITH ALL :<br>APPURTENANCES AND :<br>ATTACHMENTS THEREON, :<br>:<br>DEFENDANTS. : | CIVIL ACTION NO. 1:06-cv-937-MEF |

WARRANT AND SUMMONS FOR ARREST IN REM

TO THE UNITED STATES MARSHAL OF THE MIDDLE DISTRICT OF ALABAMA AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, a Verified Complaint of Forfeiture has been filed in the United States District Court for the Middle District of Alabama, alleging that the Defendants are subject to seizure and forfeiture to the United States pursuant to Title 21, United States Code, Section 881(a)(6), for violation of Title 21, United States Code, Section 801 et seq.;

And, the Court being satisfied that, based on the Verified Complaint of Forfeiture, there is probable cause to believe that the Defendants so described constitute monies and things of value involved in or traceable to such violation(s) of Title 21, United

States Code, Section 801 et seq., and that grounds for application for issuance of a warrant of arrest for articles in rem exist, pursuant to Supplemental Rule C(3) of the Supplemental Rules for Certain Admiralty and Maritime Claims;

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize the following Defendants, and use discretion and whatever means appropriate to protect and maintain said Defendants:

> ONE 2003 CHEVROLET C-1500 PICKUP TRUCK, VIN: 1GCEC14T03Z113843, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON;
>
> ONE 2005 BUSH HOG, MODEL M2355A, ZERO TURN LAWN MOWER, VIN: 12-20041, WITH 2005 HAULMARK TRAILER, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON.

IT IS FURTHER ORDERED that you shall serve upon all persons known or thought to have an interest in or right against the Defendants a copy of this Warrant and Summons and the Verified Complaint In Rem in a manner consistent with the principles of service of process of an action in rem under the Supplemental Rules For Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure; and,

IT IS FURTHER ORDERED that you publish in the Dothan Eagle (newspaper of general circulation where property was seized and in this District) notice to all persons of this action and the procedures to be followed for making a claim as described in this Warrant. You are further authorized in the exercise of your discretion to publish such notice in additional newspapers as you deem necessary; and,

IT IS FURTHER ORDERED that a return of this Warrant and Summons shall be promptly made to the Court identifying the individuals upon whom copies were served and the manner employed; and,

IT IS FURTHER ORDERED that all persons claiming an interest in or right against the Defendants shall file their verified claim/statement of interest within thirty (30) days after service of the Complaint or final publication of notice of the filing of the Complaint, whichever is earlier, or within such additional time as the Court may allow, pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and shall serve and file their answers to the Verified Complaint within twenty (20) days after the filing of the claim/statement of interest with the Office of the Clerk, United States District Court for the Middle District of Alabama, with a copy thereof sent to John T. Harmon, Assistant United States Attorney, Office of the United States Attorney for the Middle District of Alabama (One Court Square, Suite 201, Montgomery, Alabama 36104).

Done this the \_\_\_\_\_ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| PLAINTIFF, | : | |
| v. | : | CIVIL ACTION NO. 1:06-CV-937-MEF |
| ONE 2003 CHEVROLET C-1500 PICKUP TRUCK, VIN: 1GCEC14T03Z113843, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON; | : | |
| ONE 2005 BUSH HOG, MODEL M2355A, ZERO TURN LAWN MOWER, VIN: 12-20041, WITH 2005 HAULMARK TRAILER, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : | |
| DEFENDANTS. | : | |

## NOTICE OF ARREST AND SEIZURE

Notice is hereby given that the United States of America has filed a Complaint for Forfeiture <u>In Rem</u> and the Court has issued a Warrant of Arrest <u>In Rem</u> for the forfeiture of the following Defendants:

> ONE 2003 CHEVROLET C-1500 PICKUP TRUCK, VIN: 1GCEC14T03Z113843, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON;
>
> ONE 2005 BUSH HOG, MODEL M2355A, ZERO TURN LAWN MOWER, VIN: 12-20041, WITH 2005 HAULMARK TRAILER, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON.

In order to avoid forfeiture, any person claiming an interest in the Defendants must file a claim asserting their interest, in the manner set forth in Rule C(6) of the Supplemental Rules for

Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, except that such claim must be filed not later than 30 days after the date of service of the Complaint or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the Complaint.  In addition, any person having filed such a claim shall also file an Answer to the Complaint not later than 20 days after the filing of the claim, and shall serve and file the Claim and Answer to the Verified Complaint with the Office of the Clerk, United States District Court for the Middle District of Alabama, 15 Lee Street, Montgomery, Alabama 36104, with a copy thereof sent to:

> John T. Harmon
> Assistant United States Attorney
> Office of the United States Attorney
> Middle District of Alabama
> One Court Square, Suite 201 (36104)
> Post Office Box 197
> Montgomery, Alabama 36101-0197
> Telephone: (334) 223-7280.

Additional procedures and regulations regarding this forfeiture action are found at Title 19, United States Code, Sections 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.) Sections 1316.71-1316.81.

All persons and entities who have an interest in the Defendants may, in addition to filing a claim or in lieu of the filing of a claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.

2

```
                              _____
                                   JESSE SEROYER, JR.
                                UNITED STATES MARSHAL
                              MIDDLE DISTRICT OF ALABAMA
```