IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|                PLAINTIFF, | : |
| v. | : CIVIL ACTION NO. 1:06cv937-F |
| ONE 2003 CHEVROLET C-1500 PICKUP TRUCK, VIN: 1GCEC14T03Z113843, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON; | : |
| ONE 2005 BUSH HOG, MODEL M2355A, ZERO TURN LAWN MOWER, VIN: 12-20041, WITH 2005 HAULMARK TRAILER, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | : |
|                DEFENDANTS. | : |

<u>WARRANT AND SUMMONS FOR ARREST IN REM</u>

TO THE UNITED STATES MARSHAL OF THE MIDDLE DISTRICT OF ALABAMA AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS, a Verified Complaint of Forfeiture has been filed in the United States District Court for the Middle District of Alabama, alleging that the Defendants are subject to seizure and forfeiture to the United States pursuant to Title 21, United States Code, Section 881(a)(6), for violation of Title 21, United States Code, Section 801 <u>et</u> <u>seq</u>.;

And, the Court being satisfied that, based on the Verified Complaint of Forfeiture, there is probable cause to believe that the Defendants so described constitute monies and things of value involved in or traceable to such violation(s) of Title 21, United States Code, Section 801 <u>et</u> <u>seq</u>., and

that grounds for application for issuance of a warrant of arrest for articles in rem exist, pursuant to Supplemental Rule C(3) of the Supplemental Rules for Certain Admiralty and Maritime Claims;

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize the following Defendants, and use discretion and whatever means appropriate to protect and maintain said Defendants:

> ONE 2003 CHEVROLET C-1500 PICKUP TRUCK, VIN: 1GCEC14T03Z113843, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON;
>
> ONE 2005 BUSH HOG, MODEL M2355A, ZERO TURN LAWN MOWER, VIN: 12-20041, WITH 2005 HAULMARK TRAILER, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON.

IT IS FURTHER ORDERED that you shall serve upon all persons known or thought to have an interest in or right against the Defendants a copy of this Warrant and Summons and the Verified Complaint In Rem in a manner consistent with the principles of service of process of an action in rem under the Supplemental Rules For Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure; and,

IT IS FURTHER ORDERED that you publish in the Dothan Eagle (newspaper of general circulation where property was seized and in this District) notice to all persons of this action and the procedures to be followed for making a claim as described in this Warrant. You are further authorized in the exercise of your discretion to publish such notice in additional newspapers as you deem necessary; and,

IT IS FURTHER ORDERED that a return of this Warrant and Summons shall be promptly made to the Court identifying the individuals upon whom copies were served and the manner employed; and,

IT IS FURTHER ORDERED that all persons claiming an interest in or right against the Defendants shall file their verified claim/statement of interest within thirty (30) days after service of the Complaint or final publication of notice of the filing of the Complaint, whichever is earlier, or within such additional time as the Court may allow, pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, and shall serve and file their answers to the Verified Complaint within twenty (20) days after the filing of the claim/statement of interest with the Office of the Clerk, United States District Court for the Middle District of Alabama, with a copy thereof sent to John T. Harmon, Assistant United States Attorney, Office of the United States Attorney for the Middle District of Alabama (One Court Square, Suite 201, Montgomery, Alabama 36104).

Done this the 30th day of October, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE