**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CV ACTION   NO.: 1:06cv937-MEF |
| | ) | |
| ONE 2003 CHEVROLET C-1500 PICKUP TRUCK VIN:1GCEC14T03Z113843 WITH ALL APPURTENANCES AND ATTACHMENTS THEREON; | ) | |
| | ) | |
| ONE 2005 BUSH HOG MODEL M2355A ZERO TURN LAWN MOWER VIN: 12-20041 WITH 2005 HAULMARK TRAILER WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | ) | |
| | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CLAIM**

**COMES NOW** William R. Blanchard, Attorney for Stephen Parker, and shows as follows:

1. Stephen Parker is aware of the filing of the above styled and numbered action, and wishes to file an Answer and verified claim.

2. Mr. Parker is in the custody of the Bureau of Prisons, which makes it more than ordinarily difficult for the undersigned to coordinate the preparation and filing of a verified claim on his behalf.

3. The undersigned has spoken with the Assistant U.S. Attorney representing the United States in this matter, the Honorable John T. Harmon, and has ascertained that he has no

objection to granting Mr. Parker and extension to and including February 7, 2007 to file his Answer & verified Claim.

4. An identical motion has been filed and granted in civil action number 1:06cv461-MEF, which is a separate forfeiture *in rem* action filed by the Government involving property to which Mr. Stephen Parker also asserts a claim.

**WHEREFORE,** the premises considered, the undersigned moves for an extension of time to file Stephen Parker's Answer and Verified Claim to and including February 7, 2007.

**RESPECTFULLY SUBMITTED** this 30th day of January, 2007.

s/ William R. Blanchard
**WILLIAM R. BLANCHARD (BLA029)**
Blanchard Law Offices
Post Office Box 746
Montgomery, Alabama 36101-0746
Office: (334) 269-9691
Fax: (334) 263-4766
bill@blanchardlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CV ACTION    NO.: 1:06cv937-MEF** |
| ) | |
| **ONE 2003 CHEVROLET C-1500 PICKUP** ) | |
| **TRUCK VIN:1GCEC14T03Z113843** ) | |
| **WITH ALL APPURTENANCES AND** ) | |
| **ATTACHMENTS THEREON;** ) | |
| ) | |
| **ONE 2005 BUSH HOG MODEL M2355A** ) | |
| **ZERO TURN LAWN MOWER VIN: 12-20041** ) | |
| **WITH 2005 HAULMARK TRAILER WITH** ) | |
| **ALL APPURTENANCES AND** ) | |
| **ATTACHMENTS THEREON,** ) | |
| ) | |
| **Defendant.** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA John T. Harmon, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

    Respectfully submitted,
    s/ William R. Blanchard
    BLANCHARD LAW OFFICES
    Post Office Box 746
    Montgomery, Alabama 36101-0746
    Office: (334) 269-9691
    Fax:    (334) 263-4766
    (BLA029)