IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 1:06cv461-MEF |
| | : | |
| ONE JOHN DEERE MOWER MODEL NUMBER L 120 A, VIN: GXL120A113562, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON; | : | |
| | : | |
| ONE BUSH HOG MOWER MODEL GT 42, SERIAL NUMBER 12-10276, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON; | : | |
| | : | |
| ONE TOUGH GUY II TOOL BOX; | : | |
| | : | |
| ONE BRINLY PULL SPREADER WITH PIN HITCH; | : | |
| | : | |
| ONE RED METAL HOOD FOR A CHEVROLET TRUCK; | : | |
| | : | |
| FOUR RIMS AND TIRES FOR A CHEVROLET TRUCK; | : | |
| | : | |
| ONE MTD YARD MACHINE EIGHTEEN FEET (18")REAR TILLER, MODEL NUMBER 21AA413B729, VIN: 1A204K40031, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON; | : | |
| | : | |
| ONE MURRY TWENTY-TWO FEET (22")TRIMMER MODEL NUMBER TM6000X8NC, VIN: 74786308441BN184C, WITH ALL APPURTENANCES AND ATTACHMENTS THEREON; | : | |
| | : | |
| ONE PLASTIC DUMP TRAILER WITH PIN HITCH; | : | |

```
ONE HUSKY PRO AIR COMPRESSOR    :
EIGHTY (80) GALLON WITH         :
FOUR (4)HORSEPOWER MOTOR,       :
MODEL S050000AVE,               :
VIN: L3/23/05-0043, WITH        :
ALL APPURTENANCES AND           :
ATTACHMENTS THEREON;            :
                                :
ONE CURTIS MATHES COLOR         :
TELEVISION MODEL CM25020S,      :
SERIAL NUMBER 3CBT501133K;      :
                                :
ONE SONY TRINITRON COLOR        :
TELEVISION, MODEL KV-32FS100;   :
                                :
ONE RCA BIG SCREEN HDTV,        :
MODEL D52W19B, SERIAL NUMBER    :
F143CG03E;                      :
                                :
TWO THOUSAND TWO HUNDRED        :
TWENTY DOLLARS ($2,220) IN      :
UNITED STATES CURRENCY; AND     :
                                :
ONE 1999 WARRIOR BRAVE BOAT,    :
SEVENTEEN (17) FEET,            :
VIN: JJDBRV12C999, WITH         :
ALL APPURTENANCES AND           :
ATTACHMENTS THEREON,            :
                                :
          DEFENDANT.            :
```

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

```
UNITED STATES OF AMERICA,       :
                                :
          PLAINTIFF,            :
                                :
     v.                         :   CIVIL ACTION NO.1:06cv937-MEF
                                :
ONE 2003 CHEVROLET C-1500       :
PICKUP TRUCK,                   :
VIN: 1GCEC14T03Z113843, WITH    :
ALL APPURTENANCES AND           :
ATTACHMENTS THEREON;            :
                                :
ONE 2005 BUSH HOG, MODEL        :
M2355A, ZERO TURN LAWN MOWER,   :
VIN: 12-20041, WITH 2005        :
```

```
HAULMARK TRAILER, WITH ALL      :
APPURTENANCES AND               :
ATTACHMENTS THEREON,            :
                                :
         DEFENDANTS.            :
```

## MOTION TO CONSOLIDATE

Comes now the United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby states as follows:

1. The above styled cases stem from the same set of operative facts. The issues of law are also very similar in each case. Judicial economy and the costs of two trials to the litigants support consolidation.

2. On the grounds cited, the United States moves the Court to consolidate these cases.

Respectfully submitted this 2nd day of February, 2007.

```
                         FOR THE UNITED STATES ATTORNEY
                               LEURA G. CANARY




                         /s/John T. Harmon
                         John T. Harmon
                         Assistant United States Attorney
                         Office of the United States Attorney
                         Middle District of Alabama
                         One Court Square, Suite 201 (36104)
                         Post Office Box 197
                         Montgomery, Alabama 36101-0197
                         Telephone:(334) 223-7280
                         Facsimile:(334) 223-7560
                         E-mail: John.Harmon@usdoj.gov
                         Bar Number: 7068-II58J
```

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2007, I electronically filed the foregoing Motion to Consolidate with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **William R. Blanchard** and **Joe C. Parker.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J