IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:06-cv-937-MEF |
| ) | |
| ONE 2003 CHEVROLET C-1500 PICKUP ) | |
| TRUCK VIN: 1GCEC14T03Z113843 ) | |
| WITH ALL APPURTENANCES AND ) | |
| ATTACHMENTS THEREON, ) | |
| ) | |
| ONE 2005 BUSH HOG MODEL M2355-A ) | |
| ZERO TURN LAWN MOWER VIN: ) | |
| 12-20041 WITH 2005 HAULMARK ) | |
| TRAILER WITH ALL APPURTENANCES) | |
| AND ATTACHMENTS THEREON, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the Unopposed Motion for Extension of Time to File Claim (Doc #6) filed on January 30, 2007, it is hereby

ORDERED that the motion is GRANTED to and including February 7, 2007.

DONE this the 5th day of February, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE