IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV ACTION    NO.: 1:06cv937-MEF |
| ) | |
| ONE 2003 CHEVROLET C-1500 PICKUP ) | |
| TRUCK VIN:1GCEC14T03Z113843 ) | |
| WITH ALL APPURTENANCES AND ) | |
| ATTACHMENTS THEREON; ) | |
| ) | |
| ONE 2005 BUSH HOG MODEL M2355A ) | |
| ZERO TURN LAWN MOWER VIN: 12-20041 ) | |
| WITH 2005 HAULMARK TRAILER WITH ) | |
| ALL APPURTENANCES AND ) | |
| ATTACHMENTS THEREON, ) | |
| ) | |
| Defendant. ) | |

### CLAIM OF STEPHEN CRAIG PARKER

**COMES NOW** Stephen Craig Parker, owner of the defendant property listed on Exhibit 1 attached hereto, and files his verified claim. Stephen Craig Parker is the lawful owner of the subject property. The Claimant hereby demands restitution of the seized property.

DATED: 2-2-07          CLAIMANT: *[signature]*
                                                STEPHEN CRAIG PARKER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

STATE OF __NC__ )
)
__Granville__ COUNTY )

### VERIFICATION

I, Stephen Craig Parker, being first duly sworn, on oath deposed and say that I am the lawful owner of the subject property, I have read the foregoing claim, know the contents thereof, and that the same are true and correct.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this __2__ day of __February__ 2007.

_____
STEPHEN CRAIG PARKER

APPEARED BEFORE ME the above-named **Stephen Craig Parker** known to me or satisfactorily proven to be the same, and swore that the statements made in the foregoing are true to the best of his knowledge and belief, this __2nd__ day of __February__ 200__7__.

(SEAL)

_____
Notary Public
My Commission Expires: __July 15, 2007__

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | CV ACTION   NO.: 1:06cv937-MEF |
| ) | |
| ONE 2003 CHEVROLET C-1500 PICKUP ) | |
| TRUCK VIN:1GCEC14T03Z113843 ) | |
| WITH ALL APPURTENANCES AND ) | |
| ATTACHMENTS THEREON; ) | |
| ) | |
| ONE 2005 BUSH HOG MODEL M2355A ) | |
| ZERO TURN LAWN MOWER VIN: 12-20041 ) | |
| WITH 2005 HAULMARK TRAILER WITH ) | |
| ALL APPURTENANCES AND ) | |
| ATTACHMENTS THEREON, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA John T. Harmon, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

Respectfully submitted,
s/ William R. Blanchard
BLANCHARD LAW OFFICES
Post Office Box 746
Montgomery, Alabama 36101-0746
Office: (334) 269-9691/ Fax: (334) 263-4766
(BLA029)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV ACTION   NO.: 1:06cv937-MEF |
| | ) | |
| ONE 2003 CHEVROLET C-1500 PICKUP TRUCK VIN:1GCEC14T03Z113843 WITH ALL APPURTENANCES AND ATTACHMENTS THEREON; | ) ) ) ) | |
| | ) | |
| ONE 2005 BUSH HOG MODEL M2355A ZERO TURN LAWN MOWER VIN: 12-20041 WITH 2005 HAULMARK TRAILER WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, | ) ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

## EXHIBIT I

| No. | ITEM |
|---|---|
| 1. | One 2003 Chevrolet C-1500 Pickup Truck, VIN 1GCEC14T03Z113843 |
| 2. | One 2005 Bush Hog Model M2335A Zero Turn Lawn Mower, VIN 12-20041 with 2005 Haulmark Trailer, with all appurtenances & attachments |