IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:06-cv-937-MEF |
| | ) | |
| ONE 2003 CHEVROLET C-1500 PICKUP | ) | |
| TRUCK VIN: 1GCEC14T03Z113843 | ) | |
| WITH ALL APPURTENANCES AND | ) | |
| ATTACHMENTS THEREON, | ) | |
| | ) | |
| ONE 2005 BUSH HOG MODEL M2355-A | ) | |
| ZERO TURN LAWN MOWER VIN: | ) | |
| 12-20041 WITH 2005 HAULMARK | ) | |
| TRAILER WITH ALL APPURTENANCES | ) | |
| AND ATTACHMENTS THEREON, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the government's Motion to Consolidate (Doc #8) filed on

February 2, 2007, it is hereby

ORDERED that the claimant show cause in writing on or before March 5, 2007 as to

why the motion should not be granted.

DONE this the 23rd day of February, 2007.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE