**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v.    )<br>)<br>ONE 2003 CHEVROLET C-1500 PICKUP )<br>TRUCK VIN:1GCEC14T03Z113843 )<br>WITH ALL APPURTENANCES AND )<br>ATTACHMENTS THEREON; )<br>)<br>ONE 2005 BUSH HOG MODEL M2355A )<br>ZERO TURN LAWN MOWER VIN: 12-20041 )<br>WITH 2005 HAULMARK TRAILER WITH )<br>ALL APPURTENANCES AND )<br>ATTACHMENTS THEREON, )<br>)<br>Defendant. ) | CV ACTION    NO.: 1:06cv937-MEF |

## ANSWER

**COMES NOW CLAIMANT,** Stephen Craig Parker, by and through undersigned counsel, and submits this answer to the Complaint for Forfeiture:

1. The Claimant generally denies each and every allegation of the Plaintiff's complaint.

2. At all times mentioned in the complaint, claimant was, and now is, the owner, and entitled to possession, of the Defendant property described in the complaint.

**FIRST AFFIRMATIVE DEFENSE**

3. Plaintiff has failed to state a cause of action upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

4. The forfeiture of the defendant currency would violate the Eighth Amendment Excessive Fines Clause.

**THIRD AFFIRMATIVE DEFENSE**

5. Plaintiffs Complaint for Forfeiture is barred by the doctrine of laches.

**FOURTH AFFIRMATIVE DEFENSE**

6. Plaintiff's Complaint for Forfeiture is barred and should be dismissed as violative of Claimant's Fifth Amendment due process rights in that the initiation of this punitive action is the result of wither actual vindictiveness or a realistic likelihood of vindictiveness which will give rise to a presumption of vindictiveness. See U.S. v. Wood, 36 F.3d 945 (10th Cir. 1994).

   **WHEREFORE**, claimant requests that:

7. Plaintiff take nothing by this action;

8. A judgment of dismissal be entered in favor of claimant;

9. Claimant be awarded the costs of suit incurred; and

10. Claimant be awarded such other and further relief as the court considers just and proper.

   **RESPECTFULLY SUBMITTED** this 27th day of February 2007.

    s/ William R. Blanchard
   **WILLIAM R. BLANCHARD (BLA029)**
   Blanchard Law Offices
   Post Office Box 746
   Montgomery, Alabama 36101-0746
   Office: (334) 269-9691
   Fax: (334) 263-4766
   bill@blanchardlaw.com

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CV ACTION   NO.: 1:06cv937-MEF** |
| ) | |
| ONE 2003 CHEVROLET C-1500 PICKUP ) | |
| TRUCK VIN:1GCEC14T03Z113843 ) | |
| WITH ALL APPURTENANCES AND ) | |
| ATTACHMENTS THEREON; ) | |
| ) | |
| ONE 2005 BUSH HOG MODEL M2355A ) | |
| ZERO TURN LAWN MOWER VIN: 12-20041 ) | |
| WITH 2005 HAULMARK TRAILER WITH ) | |
| ALL APPURTENANCES AND ) | |
| ATTACHMENTS THEREON, ) | |
| ) | |
| **Defendant.** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA John T. Harmon, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

    Respectfully submitted,
    s/ William R. Blanchard
    BLANCHARD LAW OFFICES
    Post Office Box 746
    Montgomery, Alabama 36101-0746
    Office: (334) 269-9691
    Fax:    (334) 263-4766
    (BLA029)