**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA           ) | |
| )  | |
| **Plaintiff,**   ) | |
| ) | |
| v.                                                                   )    CV ACTION      NO.: 1:06cv937-MEF | |
| ) | |
| ONE 2003 CHEVROLET C-1500 PICKUP  ) | |
| TRUCK VIN:1GCEC14T03Z113843           ) | |
| WITH ALL APPURTENANCES AND         ) | |
| ATTACHMENTS THEREON;                     ) | |
| ) | |
| ONE 2005 BUSH HOG MODEL M2355A    ) | |
| ZERO TURN LAWN MOWER VIN: 12-20041 ) | |
| WITH 2005 HAULMARK TRAILER WITH   ) | |
| ALL APPURTENANCES AND                    ) | |
| ATTACHMENTS THEREON,                     ) | |
| ) | |
| **Defendant.**   ) | |

**DEFENDANT'S MOTION TO DISMISS GOVERNMENT'S COMPLAINT**

**COMES NOW** the Claimant, Stephen Craig Parker, by and through counsel of record, and respectfully moves this Honorable Court for an Order dismissing the Complaint in the above-referenced action because of the failure of the Plaintiff, United States of America, to comply with Supplemental Rules for Certain Admiralty and Maritime Claims, Rule E (2)(a), by failing to allege sufficient facts in its Complaint.

In support thereof, counsel state as follows:

1. On May 26, 2006, the Government filed a forfeiture complaint against the above-captioned property pursuant to 21 U.S.C.A. § 881, subsections (a)(6).

2. On February 7, 2007, Stephen Parker filed his verified claim to the subject property through prior counsel.

1

3. It is respectfully submitted that the Government's Complaint should be dismissed for failure to comply with Supplemental Rules for certain Admiralty and Maritime Claims, Rule E(2)(a) because it fails to allege sufficient facts in its Complaint.

4. This Court's attention is respectfully referred to the Memorandum of Law in Support of Joint Motion to Dismiss Plaintiffs Complaint which is incorporated herein by reference.

**WHEREFORE,** the premises considered, Claimant respectfully urges this Honorable Court to dismiss the Complaint in this action.

**RESPECTFULLY SUBMITTED** this 27th day of February, 2007.

s/ William R. Blanchard
**WILLIAM R. BLANCHARD (BLA029)**
Blanchard Law Offices
Post Office Box 746
Montgomery, Alabama 36101-0746
Office: (334) 269-9691
Fax: (334) 263-4766
bill@blanchardlaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ONE 2003 CHEVROLET C-1500 PICKUP** )<br>**TRUCK VIN:1GCEC14T03Z113843** )<br>**WITH ALL APPURTENANCES AND** )<br>**ATTACHMENTS THEREON;** )<br>)<br>**ONE 2005 BUSH HOG MODEL M2355A** )<br>**ZERO TURN LAWN MOWER VIN: 12-20041** )<br>**WITH 2005 HAULMARK TRAILER WITH** )<br>**ALL APPURTENANCES AND** )<br>**ATTACHMENTS THEREON,** )<br>)<br>**Defendant.** ) | **CV ACTION   NO.: 1:06cv937-MEF** |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA John T. Harmon, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

    Respectfully submitted,
    s/ William R. Blanchard
    BLANCHARD LAW OFFICES
    Post Office Box 746
    Montgomery, Alabama 36101-0746
    Office: (334) 269-9691
    Fax:    (334) 263-4766
    (BLA029)