# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CV ACTION    NO.: 1:06cv937-MEF |
| ) | |
| **ONE 2003 CHEVROLET C-1500 PICKUP** ) | |
| **TRUCK VIN:1GCEC14T03Z113843** ) | |
| **WITH ALL APPURTENANCES AND** ) | |
| **ATTACHMENTS THEREON;** ) | |
| ) | |
| **ONE 2005 BUSH HOG MODEL M2355A** ) | |
| **ZERO TURN LAWN MOWER VIN: 12-20041** ) | |
| **WITH 2005 HAULMARK TRAILER WITH** ) | |
| **ALL APPURTENANCES AND** ) | |
| **ATTACHMENTS THEREON,** ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO CONSOLIDATE

**COMES NOW** the Claimant, Stephen Craig Parker, by and through counsel, and hereby gives notice that he has no objection to the Government's Motion to Consolidate (Doc #8).

**RESPECTFULLY SUBMITTED** this 5th day of March, 2007.

                                           s/ William R. Blanchard
                                           **WILLIAM R. BLANCHARD (BLA029)**
                                           Blanchard Law Offices
                                           Post Office Box 746
                                           Montgomery, Alabama 36101-0746
                                           Office: (334) 269-9691
                                           Fax: (334) 263-4766
                                           bill@blanchardlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CV ACTION   NO.: 1:06cv937-MEF** |
| ) | |
| **ONE 2003 CHEVROLET C-1500 PICKUP** ) | |
| **TRUCK VIN:1GCEC14T03Z113843** ) | |
| **WITH ALL APPURTENANCES AND** ) | |
| **ATTACHMENTS THEREON;** ) | |
| ) | |
| **ONE 2005 BUSH HOG MODEL M2355A** ) | |
| **ZERO TURN LAWN MOWER VIN: 12-20041** ) | |
| **WITH 2005 HAULMARK TRAILER WITH** ) | |
| **ALL APPURTENANCES AND** ) | |
| **ATTACHMENTS THEREON,** ) | |
| ) | |
| **Defendant.** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA John T. Harmon, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

          Respectfully submitted,
          s/ William R. Blanchard
          BLANCHARD LAW OFFICES
          Post Office Box 746
          Montgomery, Alabama 36101-0746
          Office: (334) 269-9691
          Fax:    (334) 263-4766
          (BLA029)