**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 7, 2007

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style: USA vs. One 2003 Chevrolet C-1500 Pickup Truck, et al**
**Case Number: 1:06cv937-MEF**
**Pleading : #15 - Response to Motion to Consolidate Cases**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 3/5/07 with the incorrect document number referenced in the body of the pleading. The Motion to Consolidate is document #8, instead of document #12 as listed in the original pleading.**

 **The corrected pdf document is attached to this notice.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ONE 2003 CHEVROLET C-1500 PICKUP** )<br>**TRUCK VIN:1GCEC14T03Z113843** )<br>**WITH ALL APPURTENANCES AND** )<br>**ATTACHMENTS THEREON;** )<br>)<br>**ONE 2005 BUSH HOG MODEL M2355A** )<br>**ZERO TURN LAWN MOWER VIN: 12-20041** )<br>**WITH 2005 HAULMARK TRAILER WITH** )<br>**ALL APPURTENANCES AND** )<br>**ATTACHMENTS THEREON,** )<br>)<br>**Defendant.** ) | CV ACTION   NO.: 1:06cv937-MEF |

## DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION TO CONSOLIDATE

**COMES NOW** the Claimant, Stephen Craig Parker, by and through counsel, and hereby gives notice that he has no objection to the Government's Motion to Consolidate (Doc #8).

**RESPECTFULLY SUBMITTED** this 5th day of March, 2007.

> s/ William R. Blanchard
> **WILLIAM R. BLANCHARD (BLA029)**
> Blanchard Law Offices
> Post Office Box 746
> Montgomery, Alabama 36101-0746
> Office: (334) 269-9691
> Fax: (334) 263-4766
> bill@blanchardlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.                                                      ) | CV ACTION    NO.: 1:06cv937-MEF |
| ) | |
| ONE 2003 CHEVROLET C-1500 PICKUP ) | |
| TRUCK VIN:1GCEC14T03Z113843 ) | |
| WITH ALL APPURTENANCES AND ) | |
| ATTACHMENTS THEREON; ) | |
| ) | |
| ONE 2005 BUSH HOG MODEL M2355A ) | |
| ZERO TURN LAWN MOWER VIN: 12-20041 ) | |
| WITH 2005 HAULMARK TRAILER WITH ) | |
| ALL APPURTENANCES AND ) | |
| ATTACHMENTS THEREON, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA John T. Harmon, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

                Respectfully submitted,
                s/ William R. Blanchard
                BLANCHARD LAW OFFICES
                Post Office Box 746
                Montgomery, Alabama 36101-0746
                Office: (334) 269-9691
                Fax:    (334) 263-4766
                (BLA029)