IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06-cv-461-MEF |
| | ) | |
| ONE JOHN DEERE MOWER MODEL | ) | |
| NUMBER L 120 A, VIN GXL120A113562 | ) | |
| WITH ALL APPURTENANCES AND | ) | |
| ATTACHMENTS THEREON, *et al.,* | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:06-cv-937-MEF |
| | ) | |
| ONE 2003 CHEVROLET C-1500 PICKUP | ) | |
| TRUCK VIN: 1GCEC14T03Z113843 | ) | |
| WITH ALL APPURTENANCES AND | ) | |
| ATTACHMENTS THEREON*,* | ) | |
| | ) | |
| ONE 2005 BUSH HOG MODEL M2355-A | ) | |
| ZERO TURN LAWN MOWER VIN: | ) | |
| 12-20041 WITH 2005 HAULMARK | ) | |
| TRAILER WITH ALL APPURTENANCES | ) | |
| AND ATTACHMENTS THEREON, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the government's Motions to Consolidate Cases filed on

February 2, 2007, and the responses to the motions, it is hereby

ORDERED that the motions are GRANTED. The above-referenced cases are consolidated for further proceedings, Case No. 1:06-cv-461-MEF shall be the lead case, and the Clerk of Court is directed to docket this order in the above-referenced cases.

DONE this the 27th day of March, 2007.

        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE